BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00173-KJM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| SUKHWINDER SINGH, and CHARAN SINGH DHILLON, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Sukhwinder Singh and Charan Singh Dhillon, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 7 U.S.C. § 2024(f), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Cr. P. 32.2, defendant Sukhwinder Singh and Charan Singh Dhillon's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $33,022.63 seized from Wells Fargo Business Management Account Number 008-727-1870, in the name of Quick N' Stop Mart,

/////

        b.   2004 BMW M3, VIN: WBSBR93424PK06914, License Number 6LAC318,

        c.   A money judgment in the mount of $30,000 against Sukhwinder Singh, and

        d.   A money judgment in the amount of $30,000 against Charan Singh Dhillon.

2.   The above-listed property constitutes property used in a transaction or attempted transaction, to commit, or to facilitate the commission of or are proceeds traceable to a violation of 7 U.S.C. § 2024(b), and constitute or are derived from proceeds traceable to a violation of 7 U.S.C. § 2024(b).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Secret Service, in its secure custody and control.

4.   a.   Pursuant to 28 U.S.C. § 2461(c) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.   This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

1 days from the first day of publication of the Notice of
2 Forfeiture posted on the official government forfeiture site, or
3 within thirty (30) days from receipt of direct written notice,
4 whichever is earlier.
5     5.  If a petition is timely filed, upon adjudication of all
6 third-party interests, if any, this Court will enter a Final
7 Order of Forfeiture pursuant to 7 U.S.C. § 2024(f), 18 U.S.C. §
8 981(a)(1)(C), 28 U.S.C. § 2461(c), and  Fed. R. Cr. P. 32.2, in
9 which all interests will be addressed.
10    SO ORDERED this 31st day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE