BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00173-KJM |
| Plaintiff, ) ) | FINAL ORDER OF FORFEITURE |
| v. ) ) | |
| SUKHWINDER SINGH, and ) CHARAN SINGH DHILLON, ) ) | |
| Defendants. ) | |

WHEREAS, on June 1, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 7 U.S.C. § 2024(f), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Cr. P. 32.2 based upon the plea agreements entered into between plaintiff and defendants Sukhwinder Singh and Charan Singh Dhillon forfeiting to the United States the following property:

    a. Approximately $33,022.63 seized from Wells Fargo Business Management Account Number 008-727-1870, in the name of Quick N' Stop Mart,

    b. 2004 BMW M3, VIN: WBSBR93424PK06914, License Number 6LAC318,

    c. A money judgment in the amount of $30,000 against Sukhwinder Singh, and

1

1         d.  A money judgment in the amount of $30,000
              against Charan Singh Dhillon.

AND WHEREAS, beginning on June 11, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to the following persons or entities known to have an alleged interest in the above-described property: Provident Credit Union;

AND WHEREAS, Provident Credit Union filed a Petition for Ancillary Hearing on August 4, 2011, asserting a lien holder interest in the 2004 BMW M3, VIN: WBSBR93424PK06914, License Number 6LAC318.  The United States and Provident Credit Union entered into a Stipulation and Order for Interlocutory Sale for the 2004 BMW M3 that was filed on January 9, 2012[1];

AND WHEREAS, the Court has been advised that no other third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

/////

/////

---

[1] The 2004 BMW M3 has been sold and the U.S. Secret Service is in the process of paying lien holder Provident Credit Union. The United States does not yet know the amount of the total net proceeds from the sale of the 2004 BMW M3.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 7 U.S.C. § 2024(f), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Cr. P. 32.2, to be disposed of according to law, including all right, title, and interest of defendants Sukhwinder Singh and Charan Singh Dhillon.

2. All right, title, and interest in the below-listed property shall vest solely in the name of the United States of America:

   a. Approximately $33,022.63 seized from Wells Fargo Business Management Account Number 008-727-1870, in the name of Quick N' Stop Mart,

   b. All net proceeds from the sale of the 2004 BMW M3, VIN: WBSBR93424PK06914, License Number 6LAC318,

   c. A money judgment in the amount of $30,000 against Sukhwinder Singh, and

   d. A money judgment in the amount of $30,000 against Charan Singh Dhillon.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this sixth day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE