UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Kimberly J. Mueller<br>United States District Judge<br>Sacramento, California | **RE:  Charan Singh Dhillon**<br>**Docket Number:  0972 2:11CR00173-002**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Charan Singh Dhillon is requesting permission to travel to India.   Charan Singh Dhillon is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On April 18, 2012, Charan Singh Dhillon was sentenced for the offense(s) of 7 USC 2024(b) – Unauthorized Use of Food Stamps (Class C Felony); 7 USC 2024(f), 18 USC981(a)(1)(C), 28 USC2461(c) – Criminal Forfeiture, and Fed. R. Cr. P. 32.2.

**Sentence Imposed:** 24 months custody of the Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment (Paid); $75,000 Restitution (Paid)

**Dates and Mode of Travel:**  Departing on February 22, 2017, and returning on March 29, 2017. Flight reservations with Air India

**Purpose:**  Family Wedding

1

**RE:** **Charan Singh Dhillon**
       **Docket Number:  0972 2:11CR00173-002**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   February 7, 2017
         Fresno, California
         TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**    **BRIAN J. BEDROSIAN**
                    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒    Approved         ☐    Disapproved

February 10, 2017
**Date**                                    UNITED STATES DISTRICT JUDGE